United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Sylvia Virginia Brown<br>5358 Woodruff Farm Rd., Apt. 708<br>Columbus, GA 31907 | Chapter 13<br><br>Case No. 11-40615-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $283.57 in unclaimed funds of Advance America, creditor.

Last Known Address (Most recent listed left to right):

Advance America
1105 280 Bypass
Phenix City, AL 36867

Dated: 4/20/2016

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee